1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

14
15
16
17
18
19
20

| CHRISTOPHER FORTNER, individually and on behalf of all others similarly situated, | Case No. 5:13-CV-01341-JGB (OPx) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION** |
| v. | |
| NIKE, INC., an Oregon Corporation, | |
| Defendant. | |

21
22
23
24

Good cause having been shown in the Parties' stipulation, the Court hereby GRANTS the Stipulation to Extend the Deadline to File Motion For Certification in this action and ORDERS as follows:

25
26

1. The existing deadlines for moving for class certification in this action is stayed until further notice from the Court.

27
28

2. The Parties shall propose a schedule for discovery and briefing on class certification before the Joint Initial Status Conference.

**IT IS SO ORDERED.**

DATED: September 5, 2013

The Honorable Jesus G. Bernal
United States District Judge