1  GIBSON DUNN & CRUTCHER LLP
   SAMUEL G. LIVERSIDGE (SBN 180578)
2  sliversidge@gibsondunn.com
   BRANDON J. STOKER (SBN 277325)
3  bstoker@gibsondunn.com
   333 South Grand Avenue
4  Los Angeles, CA  90071
   Telephone:    213.229.7000
5  Facsimile:    213.229.6420

6  GIBSON DUNN & CRUTCHER LLP
   AUSTIN V. SCHWING (SBN 211696)
7  aschwing@gibsondunn.com
   555 Mission Street
8  San Francisco, CA  94105
   Telephone:    415.393.8200
9  Facsimile:    415.374.8458

10 Attorneys for Defendant
   NIKE, INC.

11

12              UNITED STATES DISTRICT COURT

13      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

14

15 CHRISTOPHER FORTNER, individually and       Case No. 5:13-CV-01341-JGB (OPx)
   on behalf of all others similarly situated,
16                                             **JOINT STIPULATION REGARDING
                                               BRIEFING DEADLINES AND HEARING ON
17              Plaintiff,                      DEFENDANT'S MOTION TO STRIKE AND
                                               TO DISMISS AND MOTION TO STAY THE
18        v.                                    ACTION**

19 NIKE, INC., an Oregon Corporation,          [[Proposed] Order filed concurrently herewith]

20
                Defendant.
21

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Local Rule 7-1, Plaintiff Christopher Fortner ("Plaintiff") and Defendant Nike, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following Stipulation and Proposed Order:

WHEREAS, the Parties filed a stipulation pursuant to Local Rule 8-3 on August 23, 2013, extending Defendant's time to respond to Plaintiff's complaint from August 30, 2013 to September 13, 2013;

WHEREAS, on September 13, 2013, Defendant filed a Motion to Strike Plaintiff's Nationwide Allegations and to Dismiss Certain of Plaintiff's Claims as well as a Motion to Stay Action Pending Disposition of a Parallel State Court Action (the "Motions");

WHEREAS, Defendant noticed a hearing on the Motions for November 18, 2013;

WHEREAS, the parties agree there is good cause to extend Plaintiff's time to respond to Defendant's Motions beyond the date designated by Local Rule 7-9;

NOW, THEREFORE, the Parties, through their respective counsel of record, hereby respectfully stipulate and request as follows:

1.  Plaintiff's briefs in opposition to the Motions shall be filed by October 17, 2013;

2.  Defendant's reply briefs in support of the Motions shall be filed by November 4, 2013;

3.  The Parties request that the Motions be heard by the Court on November 18, 2013, at 9:00 a.m.

**STIPULATED AND AGREED TO BY:**

DATED: September 20, 2013

GIBSON, DUNN & CRUTCHER LLP
Samuel G. Liversidge
Austin V. Schwing
Brandon J. Stoker

By: _____
　　　　　Austin V. Schwing

Attorneys for Defendant Nike, Inc.

1
2
3    DATED:  September 20, 2013          GLYNN LAW GROUP
                                        Thomas Glynn
4
5
6    By: _____
                        Thomas Glynn
7
     Attorneys for Plaintiff Christopher Fortner
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

JOINT STIPULATION REGARDING BRIEFING DEADLINES          CASE NO. 5:13-CV-01341-JGB(OPX)
AND HEARING DATE