GIBSON DUNN & CRUTCHER LLP
SAMUEL G. LIVERSIDGE (SBN 180578)
sliversidge@gibsondunn.com
BRANDON J. STOKER (SBN 277325)
bstoker@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.229.7000
Facsimile:   213.229.6420

GIBSON DUNN & CRUTCHER LLP
AUSTIN V. SCHWING (SBN 211696)
aschwing@gibsondunn.com
555 Mission Street
San Francisco, CA 94105
Telephone:  415.393.8200
Facsimile:   415.374.8458

Attorneys for Defendant,
NIKE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER FORTNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 5:13-CV-01341-JGB (OPx)<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Austin V. Schwing, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, San Francisco, California 94105 in said County and State.

I hereby certify that on November 4, 2013, the following documents were electronically transmitted to the Clerk of the Court using the CM/ECF System:

1. **NIKE, INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF'S NATIONWIDE CLASS ALLEGATIONS PURSUANT TO FED. R. CIV. P. 12(f), 23(c)(1)(A), AND 23(d)(1)(D), AND TO DISMISS CERTAIN OF PLAINTIFF'S CLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(6);**

2. **REPLY IN SUPPORT OF NIKE, INC.'S MOTION TO STAY ACTION PENDING DISPOSITION OF A PARALLEL STATE COURT ACTION; and**

3. **NIKE, INC.'S RESPONSE TO PLAINTIFF'S EVIDENTIARY OBJECTIONS AND OPPOSITION TO NIKE, INC.'S REQUEST FOR JUDICIAL NOTICE.**

All attorneys who have made appearances are registered CM/ECF users and will receive service via the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: November 4, 2013

By:    */s/ Austin Schwing*
       Austin V. Schwing