GLYNN LAW GROUP
THOMAS E. GLYNN
10200 Willow Creek Road, Suite 170
San Diego, CA 92131
Tel:   (858) 271-1100
Fax:   (858) 876-1530
email: tom@glynnlawgroup.com

[additional counsel on signature page]

*Attorneys for plaintiff and the proposed class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER FORTNER, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>NIKE, INC., an Oregon corporation, and DOES 1-10;<br><br>Defendants. | CLASS ACTION<br><br>Case No. 5:13-CV-01341-JGB (OPx)<br><br>**Certificate of Service**<br><br>Judge:        Hon. Jesus G. Bernal<br>Trial Date:  None set |

1

1  I, Thomas E. Glynn, declare under penalty of perjury that I am employed with Doyle Lowther LLP, whose address is 10200 Willow Creek Road, Suite 170, San Diego, California 92131.  I am over the age of 18 years and not a party to this action; that I served the below named persons the following document(s):

**JOINT STATUS REPORT**

[ ]  Via electronic mail to the addresses listed below:

[ ]  By personally delivering copies to the person served at the following address:

[X]  Via the Court's electronic notification system to the addresses listed below:

**SEE ATTACHED SERVICE LIST**

[ ]  By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each for collection and mailing pursuant to the ordinary business practice of this office, which mail is deposited with the U.S. Postal Service on the same day at San Diego, California.

[ ]  By Overnight Mail by placing an Federal Express envelope addressed to each of the persons on the service list attached hereto and depositing said envelope in the Federal Express Pickup boxes located at Business Park Way and Carroll Canyon Road in San Diego, California 92131.

Executed this 2nd day of June, 2014 at San Diego, California.

By:____*/s/ Thomas E. Glynn*_____
        Thomas E. Glynn

*Attorneys for Plaintiff and the proposed class*

# SERVICE LIST

GIBSON DUNN & CRUTCHER LLP
Samuel G. Liversidge
Brandon J. Stoker
333 South Grand Avenue
Los Angeles, CA 90071
Tel:  (213) 229-7000
Fax:  (213) 229-6420
sliversidge@gibsondunn.com
bstoker@gibsondunn.com

GIBSON DUNN & CRUTCHER LLP
Austin V. Schwing
555 Mission St.
San Francisco, CA 94105
Tel:  (415) 393-8200
Fax:  (415) 374-8458
aschwing@gibsondunn.com

*Attorneys for Defendant Nike, Inc.*