GIBSON, DUNN & CRUTCHER LLP
SAMUEL G. LIVERSIDGE (SBN 180578)
sliversidge@gibsondunn.com
BRANDON J. STOKER (SBN 277325)
bstoker@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.229.7000
Facsimile:   213.229.6420

GIBSON, DUNN & CRUTCHER LLP
AUSTIN V. SCHWING (SBN 211696)
aschwing@gibsondunn.com
555 Mission Street
San Francisco, CA  94105
Telephone:  415.393.8200
Facsimile:   415.374.8458

*Attorneys for Defendant NIKE, INC.*

[additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER FORTNER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>　　　　　Defendant. | Case No. 5:13-CV-01341-JGB (OPx)<br><br>**JOINT STATUS REPORT**<br><br>Judge:　　　Hon. Jesus G. Bernal<br>Trial Date:　None set |

# JOINT STATUS REPORT

Pursuant to the Court's December 18, 2013 Order, Plaintiff Christopher Fortner ("Plaintiff") and Defendant Nike, Inc. ("Defendant") hereby submit the following joint status report.

The Court stayed this action pending resolution of the state court action, *Levin v. Nike, Inc. et al.*, Case No. BC509363 ("*Levin* action"). The Court ordered the parties to file an initial joint status report by January 31, 2014, and a joint status report every 60 days thereafter. Pursuant to the Order, the status reports are to inform the Court of any progress in the *Levin* action and any developments which the Court should consider in determining whether to lift the pending stay.

Defendant's Position

Defendant represents that a settlement is imminent in the *Levin* action. The parties expect to present a settlement agreement for preliminary approval in the next few weeks. Given that the settlement is not yet final, the terms of the settlement discussions are confidential, but will be made public shortly when the parties move the California Superior Court for approval. To the extent that Plaintiff in this action, who is a California resident advancing California state law claims, has any issues with the proposed settlement, he can raise them with the Superior Court. There is no basis to lift the stay of this case, especially since the terms of the settlement agreement have not been disclosed, the Superior Court has not yet addressed the settlement, and the State Court case has not yet been resolved.

Plaintiff's Position

Defense counsel stated he was not at liberty to discuss the confidential terms of the *Levin* settlement. Plaintiff Fortner believes the contemplated settlement in the *Levin* action should cover only the claims alleged in that case for false advertising (California Bus. & Prof. Code §17500 et. seq.) and California's Unfair Competition Law (California Bus. & Prof. Code §17200 et. seq.) on behalf of a California class. Plaintiff Fortner's claims are broader and also differ on a factual basis. Plaintiff Fortner has alleged claims on behalf of a nationwide class for: 1) breach of warranty; 2) violation of the Consumers Legal Remedies Act (Cal. Civ. Code §§1750 et. seq.); 3) common counts – assumpsit, restitution, and quasi-contract; 4) California's Unfair Competition Law (California Bus. & Prof. Code §17200 et. seq.); and 5) false advertising (California Bus. & Prof. Code §17500 et. seq.). Should there be any amendment to the claims in the *Levin* action, serious concerns would be raised regarding the adequacy of the proposed settlement. Plaintiff Fortner would still like to proceed as soon as possible with his claims before this Court.

The parties met and conferred prior to the filing of this status report.

DATED:  January 30, 2015           Respectfully submitted,

                                    /s/ *Austin Schwing*

                                   AUSTIN V. SCHWING
                                   SAMUEL G. LIVERSIDGE
                                   BRANDON J. STOKER
                                   GIBSON, DUNN & CRUTCHER LLP

                                   *Attorneys for Defendant NIKE, INC.*

DATED:  January 30, 2015           /s/ *Thomas Glynn*           ,

THOMAS E. GLYNN
GLYNN LAW GROUP
10200 Willow Creek Road, Suite 170
San Diego, CA 92131
Tel: (858) 271-1100
Fax: (858) 876-1530
tom@glynnlawgroup.com

WILLIAM J. DOYLE II
JOHN LOWTHER
JAMES R. HAIL
DOYLE LOWTHER LLP
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
Tel: (858) 935-9960
Fax: (858) 939-1939
bill@doylelowther.com
john@doylelowther.com
jim@doylelowther.com

*Attorneys for Plaintiff FORTNER*