GIBSON DUNN & CRUTCHER LLP
SAMUEL G. LIVERSIDGE (SBN 180578)
sliversidge@gibsondunn.com
BRANDON J. STOKER (SBN 277325)
bstoker@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.229.7000
Facsimile:  213.229.6420

GIBSON DUNN & CRUTCHER LLP
AUSTIN V. SCHWING (SBN 211696)
aschwing@gibsondunn.com
555 Mission Street
San Francisco, CA  94105
Telephone:  415.393.8200
Facsimile:  415.374.8458

*Attorneys for Defendant NIKE, INC.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER FORTNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 5:13-CV-01341-JGB (OPx)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. Jesus G. Bernal<br>Trial Date:  None set |

Gibson, Dunn &
Crutcher LLP

1

## CERTIFICATE OF SERVICE

2       I, Brandon J. Stoker, declare as follows:

3       I am employed in the County of Los Angeles, State of California; I am over the

4   age of eighteen years and am not a party to this action; my business address is 333

5   South Grand Avenue, Los Angeles, California  90071 in said County and State.

6       I hereby certify that on January 30, 2015, the following documents were

7   electronically transmitted to the Clerk of the Court using the CM/ECF System:

8   **JOINT STATUS REPORT.**

9       All attorneys who have made appearances are registered CM/ECF users and will

10   receive service via the CM/ECF system.

11       I declare under penalty of perjury under the laws of the United States that the

12   foregoing is true and correct.

13   DATED:  January 30, 2015

14

15                  By:_____*/s/ Brandon Stoker*_____
                            Brandon J. Stoker

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn & Crutcher LLP